**Michael S. SURRISI, Appellant,**

v.

**Jean L. SURRISI, Respondent.**

No. 47424.

Missouri Court of Appeals,
Eastern District.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 30, 1984.

Harry Gershenson, Jr., St. Louis, for appellant.

Hal B. Coleman, Leigh H. Greenhaw, Clayton, for respondent.

#### ORDER

PER CURIAM.

Action for dissolution of marriage. Husband appeals from that portion of the dissolution judgment dividing marital property and ordering him to pay child support.

The judgment is affirmed by order pursuant to Rule 84.16(b).

**Ronald E. DAVIS, (Appellant),**

v.

**STATE of Missouri, (Respondent).**

No. WD 35128.

Missouri Court of Appeals,
Western District.

Sept. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 30, 1984.

Joseph Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

#### ORDER

PER CURIAM.

Appeal from denial of a motion to vacate or set aside judgment pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

All concur.